In the Interest of C.R., a
Minor, Respondent,

v.

*, Appellant.

No. 67488.

Missouri Court of Appeals,
Eastern District,
Southern Division.

Dec. 19, 1995.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Feb. 20, 1996.

Application to Transfer Denied
March 26, 1996.

Steven M. Kuntz, Mo. Dept. of Social Services, Div. of Legal Services, Jefferson City, for appellant.

John P. Heisserer, Cape Girardeau, for Natural Mother.

Malcolm Montgomery, Cape Girardeau, for Natural Father.

Jeffrey P. Dix, Guardian ad Litem, Jackson, for respondent.

Before CRANE, C.J., REINHARD, P.J., and AHRENS, J.

*ORDER*

PER CURIAM.

The Missouri Division of Family Services appeals the Juvenile Court's denial of its motion to set aside, pursuant to Rule 74.06(b)(4), portions of the attorney's fees of the guardian ad litem and attorneys for

mother and for father taxed as costs in this parental rights termination proceeding. We affirm. No error of law appears. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).